UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| EDDIE DEE WALLACE<br>D.O.C. #95517 | : | CIVIL ACTION NO. 5:16-cv-1391<br>SECTION P |
| VERSUS | : | JUDGE WALTER |
| STATE OF LOUISIANA | : | MAGISTRATE JUDGE HAYES |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation (Rec. Doc. 9 ) of the Magistrate Judge previously filed herein, these findings and conclusions are accepted.  Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly,

**IT IS ORDERED** that the instant action is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction because the application for writ of *habeas corpus* constitutes a second or successive *habeas* petition within the meaning of 28 U.S.C. § 2244(b) filed without prior authorization of the United States Fifth Circuit Court of Appeals.

THUS DONE this _22_ day of _March_, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE